**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (if known): _____ Chapter _____

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 18 2024
JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  _The Neely Group, INC._

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  _87-4612849_

4. **Debtor's address**

   Principal place of business
   _1653 N. Milwaukee Ave_
   Number   Street

   _Chicago, IL 60647_
   City          State  ZIP Code

   _Cook_
   County

   Mailing address, if different from principal place of business

   Number   Street

   P.O. Box

   City          State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   City          State  ZIP Code

5. **Debtor's website (URL)**  _www.theUPSStore.com_

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 1

Debtor  **The Neely Group, INC.**   Case number (if known) _____
         Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **4921 10**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor ___The Neely Group, INC___  Case number (if known) _____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
   
   If more than 2 cases, attach a separate list.
   
   District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When __/__/____
    
    List all cases. If more than 1, attach a separate list.
    
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:
    
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    Why does the property need immediate attention? (Check all that apply.)
    
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    
    ☐ It needs to be physically secured or protected from the weather.
    
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    **Where is the property?** _____
         Number   Street
    
    _____
    City                  State ZIP Code
    
    **Is the property insured?**
    
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

Debtor  The Neely Group, INC.    Case number (if known) _____

---

13. **Debtor's estimation of available funds**

    Check one:
    - [x] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    - [x] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**

    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [x] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**

    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on 03/18/2024
              MM / DD / YYYY

    X _____    Morrell Neely
    Signature of authorized representative of debtor    Printed name

    Title  OWNER

---

Debtor _____The Neely Group, INC_____  Case number (if known) _____
     Name

---

18. **Signature of attorney**

✗ _____  Date _____
   Signature of attorney for debtor                               MM   / DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____
City                                     State     ZIP Code

_____
Contact phone                             Email address

_____
Bar number                                       State

**Fill in this information to identify the case:**

Debtor name __The Neely Group, INC.__

United States Bankruptcy Court for the: __Northern__ District of __IL__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $ 12,000.

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................... $ 2,000.

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................ $ 14,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............... $ 12,000.

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... + $ _____

4. **Total liabilities**............................................................................................................ $ _____
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: _The Neely Group Inc_

United States Bankruptcy Court for the: _Northern_ District of _IL_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. Cash on hand     $ _3,000.00_

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _Old National Bank_ | _Checking_ | _2095_ | $ _33.59_ |
   | 3.2. _____ | _____ | _2106_ | $ _436.54_ |

4. Other cash equivalents *(Identify all)*

   4.1. _____    $ _N/A_
   4.2. _The UPS Store - holding from VCC_    $ _200,000.00_

5. **Total of Part 1**     $ _203,470.13_
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____    $ _NA_
   7.2. _____    $ _NA_

Debtor _The Neely Group, Inc_ Case number (if known)_____
       Name

### 8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. _____ $ _N/A_

8.2. _____ $ _____

### 9. Total of Part 2.

Add lines 7 through 8. Copy the total to line 81.    $ _____

## Part 3: Accounts receivable

### 10. Does the debtor have any accounts receivable?

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

### 11. Accounts receivable

11a. 90 days old or less: _____ − _____ = ......→    $ _____
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   _____ − _____ = ......→    $ _____
                          face amount      doubtful or uncollectible accounts

### 12. Total of Part 3

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

## Part 4: Investments

### 13. Does the debtor own any investments?

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**  **Current value of debtor's interest**

### 14. Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

### 15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                                        % of ownership:

15.1. _____  _____%  _____  $ _____

15.2. _____  _____%  _____  $ _____

### 16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

### 17. Total of Part 4

Add lines 14 through 16. Copy the total to line 83.    $ _____

Debtor _The Neely Group, Inc_ Case number (if known)_____
      Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    ☐ No. Go to Part 6.
    ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials <br> _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress <br> _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale <br> _Boxes_ | MM / DD / YYYY | $_4,000.00_ | _____ | $_4,000.00_ |
| 22. Other inventory or supplies <br> _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. Total of Part 5                                                                                                    $ _4,000.00_
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    ☒ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☒ Yes. Book value _____ Valuation method _____ Current value _4,000.00_

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested <br> _____ | $_____ | _____ | $_____ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed <br> _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 <br> _____ | $_____ | _____ | $_____ |

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 3

Debtor  The Neely Group, Inc  
Name

Case number (if known) _____

33. **Total of Part 6.**  
   Add lines 28 through 32. Copy the total to line 85.  $ 4,000.00

34. **Is the debtor a member of an agricultural cooperative?**
   - ☒ No
   - ☐ Yes. Is any of the debtor's property stored at the cooperative?
      - ☐ No
      - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   - ☒ No
   - ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ☒ No
   - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   - ☐ No. Go to Part 8.
   - ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | $ 500 | | $ 500 |
| 40. Office fixtures | $ — | — | $ — |
| 41. Office equipment, including all computer equipment and communication systems equipment and software   computers | $ | | $ 1000.00 |
| 42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  NU | $ | | $ NA |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**  
   Add lines 39 through 42. Copy the total to line 86.  $ 1500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ☒ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

Debtor _The Neely Group, Inc_ Case number (if known)_____
　　　　Name

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

　　47.1 _____  $_____  _____  $_____
　　47.2 _____  $_____  _____  $_____
　　47.3 _____  $_____  _____  $_____
　　47.4 _____  $_____  _____  $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

　　48.1 _____  $_____  _____  $_____
　　48.2 _____  $_____  _____  $_____

49. Aircraft and accessories

　　49.1 _____  $_____  _____  $_____
　　49.2 _____  $_____  _____  $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

　　_____  $_____  _____  $_____

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.　　　　　　　　　　$ —

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor __The Neely Group, Inc__   Case number (if known)_____
       Name

## Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Retail UPS Store lease | | $ — | — | $ — |
| 55.2 Retail UPS Store lease | | $ — | — | $ — |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ —

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☒ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☐ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ 1.8m | | $ 2.9m |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.

    $ 2,900,000.00

Official Form 206A/B             Schedule A/B: Assets — Real and Personal Property             page 6

☐ No
☐ Yes

*The Neely Group, Inc* (handwritten)

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____
   _____ Total face amount − doubtful or uncollectible amount = → $_____

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____ Tax year _____ $_____
   _____ Tax year _____ $_____
   _____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**
   _____
   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   $_____
   Nature of claim _____
   Amount requested $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____
   $_____
   Nature of claim _____
   Amount requested $_____

76. **Trusts, equitable or future interests in property**
   _____
   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____
   _____ $_____
   _____ $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.
   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 7

Debtor __The Neely Group, Inc.__    Case number (if known) _____
       Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $203,470.13 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $— | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $— | |
| 83. Investments. *Copy line 17, Part 4.* | $— | |
| 84. Inventory. *Copy line 23, Part 5.* | $4,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $4,000.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $1,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $— | |
| 88. Real property. *Copy line 56, Part 9.* →  | | $— |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $2,900,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $— | |
| 91. Total. Add lines 80 through 90 for each column..........91a. | $3,112,900.13 + 91b. | $— |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ............    $3,112,900.13

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 8

Fill in this information to identify the case:

Debtor name __The Neely Group, INC.__

United States Bankruptcy Court for the: __Northern__ District of __IL__
(State)

Case number (If known): _____    Chapter ____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Franchise location Open #3173 | The UPS Store #3173 1658 N. Milwaukee Ave Chicago, IL 60647 |
| | State the term remaining | 9 yrs | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Franchise location Open #5744 | The UPS Store #5744 2020 N. California Ave Chicago, IL 60647 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of ___

Fill in this information to identify the case and this filing:

Debtor Name __The Neely Group, Inc.__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [ ] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/18/2024__           X _____[signature]_____
              MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        __Morrell Neely__
                                        Printed name

                                        __Owner__
                                        Position or relationship to debtor

Official Form 202             Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: The Neely Group, Inc.

United States Bankruptcy Court for the: Northern District of IL
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Old National Bank C/O Greiman, Rome 205 W. Randolph Chgo, IL 60606 | Adam Rome 847-373-7663 | SBA Loan | disputed | | | 50,0 |
| 2 | The UPS Store Inc 6060 Cornerstone Ct West San Diego, CA 92121 | John Basar 858-882-5792 | Trade debts | disputed | | | 50,000 |
| 3 | UPS 55 Glenlake Pkwy NE Atlanta, GA 30328 | Maria Medina 866-723-5263 #1351060 | Trade debts | disputed | | | 300,000 |
| 4 | Acadia % Fox Swibel 200 W. Madison St Chicago, IL 60606 | Erik Ives 312-224-1239 eives@foxswibel.com | landlord | disputed | | | 100,000 |
| 5 | ULine 12575 Uline Dr. Pleasant Prairie, WI | Cesar 800-295-5510 | Trade debts | | | | 16,000 |
| 6 | Bitty Advance 5315 | 800-324-3863 | loan | disputed | | | 95,000 |
| 7 | IOU Financial | | loan | disputed | | | 26,000 |
| 8 | Wells Fargo 1738 Base Road Macon, GA 31210 | Julie Gaddis 800-743-6459 X4784052194 | Copiers lease | disputed | | | 60,000 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

| Information to identify the case: | | |
|---|---|---|
| Debtor | The Neely Group, Inc | EIN 87-4612849 |
| United States Bankruptcy Court for the: Northern District of IL (State) | | [Date case filed for chapter 11    03/18/2024 MM/DD/YYYY OR |
| Case number: | | [Date case filed in chapter ___    ___ MM/DD/YYYY |
| | | Date case converted to chapter 11    ___ MM/DD/YYYY |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| 1. | Debtor's full name | The Neely Group, Inc | | |
|---|---|---|---|---|
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 1658 N. Milwaukee Ave Chicago, IL 60647 | | |
| 4. | Debtor's attorney Name and address | | Contact phone Email | |
| 5. | Bankruptcy trustee Name and address | | Contact phone Email | |
| 6. | Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Hours open Contact phone | |

For more information, see page 2 ▶

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)    Notice of Chapter 11 Bankruptcy Case    page 1

Debtor ___The Neely Group, Inc.___    Case number (if known) _____
         Name

| 7. Meeting of creditors | | | Location: |
|---|---|---|---|
| The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | _____ at _____ Date    Time The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | | |

| 8. Proof of claim deadline | Deadline for filing proof of claim: | [Not yet set. If a deadline is set, the court will send you another notice.] or [date, if set by the court)] |
|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed, contingent,* or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 9. Exception to discharge deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:** _____ |

| 10. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 11. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
|---|---|

| 12. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|