24 Month Cash Flow Pro Forma

|  | week 1 | week 2 | week 3 | week 4 | week 5 |
|---|---|---|---|---|---|
| Gross Sales | $ 47,083.56 | $ 47,201.27 | $ 47,319.27 | $ 47,437.57 | $ 47,556.17 |
| **Gross Revenues** | **$ 47,083.56** | **$ 47,201.27** | **$ 47,319.27** | **$ 47,437.57** | **$ 47,556.17** |
| *Gross Revenues Per Week* | *$ 10,865.44* | *$ 10,892.60* | *$ 10,919.83* | *$ 10,947.13* | *$ 10,974.50* |
| Adjustment: Less Sales Tax/VAT inc. in sales | | | | | |
| **Net Revenues** | **$ 47,083.56** | **$ 47,201.27** | **$ 47,319.27** | **$ 47,437.57** | **$ 47,556.17** |
| *Net Revenues Per Week* | *$ 10,865.44* | *$ 10,892.60* | *$ 10,919.83* | *$ 10,947.13* | *$ 10,974.50* |
| **COST OF GOODS SOLD** | | | | | |
| Average Cost of Goods Sold | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 |
| **Total CGS** | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 |
| **Gross Profit** | **$ 25,990.30** | **$ 26,108.01** | **$ 26,226.01** | **$ 26,344.31** | **$ 26,462.91** |
| *Gross Profit Per Week* | *$ 5,997.76* | *$ 6,024.93* | *$ 6,052.16* | *$ 6,079.46* | *$ 6,106.82* |
| *Gross Profit Margin* | *55%* | *55%* | *55%* | *56%* | *56%* |

**SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)**

**Variable Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Salaries-Staff | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 |
| Advertising | $ 129.50 | $ 129.50 | $ 129.50 | $ 129.50 | $ 129.50 |
| Royalty Fees Exp | $ 3,766.69 | $ 3,776.10 | $ 3,785.54 | $ 3,795.01 | $ 3,804.49 |
| Bank Charges | $ 274.73 | $ 274.73 | $ 274.73 | $ 274.73 | $ 274.73 |
| Other Supplies | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 |
| Taxes-Payroll | $ 1,895.81 | $ 1,895.81 | $ 1,895.81 | $ 1,895.81 | $ 1,895.81 |
| | $ - | $ - | $ - | $ - | $ - |
| **Fixed Expenses** | $ - | $ - | $ - | $ - | $ - |
| Dues and Subscriptions | $ 318.29 | $ 318.29 | $ 318.29 | $ 318.29 | $ 318.29 |
| Insurance-Business | $ 486.50 | $ 486.50 | $ 486.50 | $ 486.50 | $ 486.50 |
| Outside Services-Professional | $ 3,109.54 | $ 3,109.54 | $ 3,109.54 | $ 3,109.54 | $ 3,109.54 |

24 Month Cash Flow Pro Forma

|  | week 1 | week 2 | week 3 | week 4 | week 5 |
|---|---:|---:|---:|---:|---:|
| Rent-Store | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 |
| Storage | $ 27.23 | $ 27.23 | $ 27.23 | $ 27.23 | $ 27.23 |
| Telephone | $ 305.60 | $ 305.60 | $ 305.60 | $ 305.60 | $ 305.60 |
| Travel | $ 327.48 | $ 327.48 | $ 327.48 | $ 327.48 | $ 327.48 |
| Utilities | $ 213.88 | $ 213.88 | $ 213.88 | $ 213.88 | $ 213.88 |
|  | $ - | $ - | $ - | $ - | $ - |
| **_Miscellaneous Expenses_** | $ - | $ - | $ - | $ - | $ - |
| Other Expenses (Medical) | $ 236.46 | $ 236.46 | $ 236.46 | $ 236.46 | $ 236.46 |
| **Total SG&A Expenses** | $ 22,881.71 | $ 22,891.12 | $ 22,900.56 | $ 22,910.03 | $ 22,919.51 |
| _Weekly Overhead_ | $ 5,280.39 | $ 5,282.57 | $ 5,284.75 | $ 5,286.93 | $ 5,289.12 |
| **EBITDA** | **$ 3,108.60** | **$ 3,216.89** | **$ 3,325.45** | **$ 3,434.29** | **$ 3,543.39** |
| _EBITDA per week_ | $ 717.37 | $ 742.36 | $ 767.41 | $ 792.53 | $ 817.71 |
| Annual Cumulative Net Before Dep, Int & Tax | $ 3,108.60 | $ 6,325.49 | $ 9,650.94 | $ 13,085.22 | $ 16,628.62 |
| Plus: |  |  |  |  |  |
|   Cash Invested (net of commissions) |  |  |  |  |  |
| _Cumulative Investments_ |  | $ - | $ - | $ - | $ - |
|   Loans Received/Assumed |  |  |  |  |  |
|   Sale of capital assets |  |  |  |  |  |
| **OPERATING CASH BEFORE INT & TAXES** | $ 3,108.60 | $ 3,216.89 | $ 3,325.45 | $ 3,434.29 | $ 3,543.39 |
| **ANNUAL CUMULATIVE CASH FLOW** | $ 3,108.60 | $ 6,325.49 | $ 9,650.94 | $ 13,085.22 | $ 16,628.62 |
| Less |  |  |  |  |  |
|   Distributions |  |  |  |  |  |
|   Acquisition of capital assets |  |  |  |  |  |
|   Interest | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
|   Principal Repayment on Loans | $ - | $ - | $ - | $ - | $ - |
|   _Outstanding Loans_ | $ - | $ - | $ - | $ - | $ - |
| **CHANGE IN OPERATING CASH BEFORE TAXES** | $ 1,108.60 | $ 1,216.89 | $ 1,325.45 | $ 1,434.29 | $ 1,543.39 |
| **ENDING CASH BALANCE** | **$ 1,108.60** | **$ 2,325.49** | **$ 3,650.94** | **$ 5,085.22** | **$ 6,628.62** |

24 Month Cash Flow Pro Forma

|  | week 6 | week 7 | week 8 | week 9 | week 10 |
|---|---:|---:|---:|---:|---:|
| Gross Sales | $ 47,675.06 | $ 47,794.24 | $ 47,913.73 | $ 48,033.51 | $ 48,153.60 |
| **Gross Revenues** | **$ 47,675.06** | **$ 47,794.24** | **$ 47,913.73** | **$ 48,033.51** | **$ 48,153.60** |
| *Gross Revenues Per Week* | *$ 11,001.94* | *$ 11,029.44* | *$ 11,057.01* | *$ 11,084.66* | *$ 11,112.37* |
| Adjustment: Less Sales Tax/VAT inc. in sales |  |  |  |  |  |
| **Net Revenues** | **$ 47,675.06** | **$ 47,794.24** | **$ 47,913.73** | **$ 48,033.51** | **$ 48,153.60** |
| *Net Revenues Per Week* | *$ 11,001.94* | *$ 11,029.44* | *$ 11,057.01* | *$ 11,084.66* | *$ 11,112.37* |
| **COST OF GOODS SOLD** |  |  |  |  |  |
| Average Cost of Goods Sold | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 |
| **Total CGS** | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 | $ 21,093.26 |
| **Gross Profit** | **$ 26,581.80** | **$ 26,700.98** | **$ 26,820.47** | **$ 26,940.25** | **$ 27,060.34** |
| *Gross Profit Per Week* | *$ 6,134.26* | *$ 6,161.77* | *$ 6,189.34* | *$ 6,216.98* | *$ 6,244.69* |
| *Gross Profit Margin* | *56%* | *56%* | *56%* | *56%* | *56%* |
| **SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)** |  |  |  |  |  |
| **Variable Expenses** |  |  |  |  |  |
| Salaries-Staff | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 |
| Advertising | $ 129.50 | $ 129.50 | $ 129.50 | $ 129.50 | $ 129.50 |
| Royalty Fees Exp | $ 3,814.00 | $ 3,823.54 | $ 3,833.10 | $ 3,842.68 | $ 3,852.29 |
| Bank Charges | $ 274.73 | $ 274.73 | $ 274.73 | $ 274.73 | $ 274.73 |
| Other Supplies | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 |
| Taxes-Payroll | $ 1,895.81 | $ 1,895.81 | $ 1,895.81 | $ 1,895.81 | $ 1,895.81 |
|  | $ - | $ - | $ - | $ - | $ - |
| **Fixed Expenses** | $ - | $ - | $ - | $ - | $ - |
| Dues and Subscriptions | $ 318.29 | $ 318.29 | $ 318.29 | $ 318.29 | $ 318.29 |
| Insurance-Business | $ 486.50 | $ 486.50 | $ 486.50 | $ 486.50 | $ 486.50 |
| Outside Services-Professional | $ 3,109.54 | $ 3,109.54 | $ 3,109.54 | $ 3,109.54 | $ 3,109.54 |

24 Month Cash Flow Pro Forma

|  | week 6 | week 7 | week 8 | week 9 | week 10 |
|---|---:|---:|---:|---:|---:|
| Rent-Store | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 |
| Storage | $ 27.23 | $ 27.23 | $ 27.23 | $ 27.23 | $ 27.23 |
| Telephone | $ 305.60 | $ 305.60 | $ 305.60 | $ 305.60 | $ 305.60 |
| Travel | $ 327.48 | $ 327.48 | $ 327.48 | $ 327.48 | $ 327.48 |
| Utilities | $ 213.88 | $ 213.88 | $ 213.88 | $ 213.88 | $ 213.88 |
|  | $ - | $ - | $ - | $ - | $ - |
| *Miscellaneous Expenses* | $ - | $ - | $ - | $ - | $ - |
| Other Expenses (Medical) | $ 236.46 | $ 236.46 | $ 236.46 | $ 236.46 | $ 236.46 |
| **Total SG&A Expenses** | $ 22,929.03 | $ 22,938.56 | $ 22,948.12 | $ 22,957.70 | $ 22,967.31 |
| *Weekly Overhead* | $ 5,291.31 | $ 5,293.51 | $ 5,295.72 | $ 5,297.93 | $ 5,300.15 |
| **EBITDA** | $ 3,652.77 | $ 3,762.42 | $ 3,872.35 | $ 3,982.55 | $ 4,093.03 |
| *EBITDA per week* | $ 842.95 | $ 868.25 | $ 893.62 | $ 919.05 | $ 944.55 |
| Annual Cumulative Net Before Dep, Int & Tax | $ 20,281.39 | $ 24,043.81 | $ 27,916.16 | $ 31,898.72 | $ 35,991.75 |
| Plus: |  |  |  |  |  |
|   Cash Invested (net of commissions) |  |  |  |  |  |
| *Cumulative Investments* | $ - | $ - | $ - | $ - | $ - |
|   Loans Received/Assumed |  |  |  |  |  |
|   Sale of capital assets |  |  |  |  |  |
| **OPERATING CASH BEFORE INT & TAXES** | $ 3,652.77 | $ 3,762.42 | $ 3,872.35 | $ 3,982.55 | $ 4,093.03 |
| **ANNUAL CUMULATIVE CASH FLOW** | $ 20,281.39 | $ 24,043.81 | $ 27,916.16 | $ 31,898.72 | $ 35,991.75 |
| Less |  |  |  |  |  |
|   Distributions |  |  |  |  |  |
|   Acquisition of capital assets |  |  |  |  |  |
|   Interest | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
|   Principal Repayment on Loans | $ - | $ - | $ - | $ - | $ - |
|   *Outstanding Loans* | $ - | $ - | $ - | $ - | $ - |
| **CHANGE IN OPERATING CASH BEFORE TAXES** | $ 1,652.77 | $ 1,762.42 | $ 1,872.35 | $ 1,982.55 | $ 2,093.03 |
| **ENDING CASH BALANCE** | $ 8,281.39 | $ 10,043.81 | $ 11,916.16 | $ 13,898.72 | $ 15,991.75 |

## 24 Month Cash Flow Pro Forma

Gross Sales

**Gross Revenues**
*Gross Revenues Per Week*

Adjustment: Less Sales Tax/VAT inc. in sales
**Net Revenues**
*Net Revenues Per Week*

**COST OF GOODS SOLD**
Average Cost of Goods Sold

**Total CGS**

**Gross Profit**
*Gross Profit Per Week*
*Gross Profit Margin*

**SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)**

**Variable Expenses**
Salaries-Staff
Advertising
Royalty Fees Exp
Bank Charges
Other Supplies
Taxes-Payroll

**Fixed Expenses**
Dues and Subscriptions
Insurance-Business
Outside Services-Professional

24 Month Cash Flow Pro Forma

Rent-Store
Storage
Telephone
Travel
Utilities

**Miscellaneous Expenses**
Other Expenses (Medical)

**Total SG&A Expenses**

*Weekly Overhead*

**EBITDA**
*EBITDA per week*
Annual Cumulative Net Before Dep, Int & Tax

Plus:
  Cash Invested (net of commissions)
 *Cumulative Investments*
  Loans Received/Assumed
  Sale of capital assets
**OPERATING CASH BEFORE INT & TAXES**
**ANNUAL CUMULATIVE CASH FLOW**

Less
  Distributions
  Acquisition of capital assets
  Interest
  Principal Repayment on Loans
  *Outstanding Loans*
**CHANGE IN OPERATING CASH BEFORE TAXES**
**ENDING CASH BALANCE**