24 Month Cash Flow Pro Forma

|  | Annual | 1- Month |
|---|---:|---:|
| Gross Sales | $ 1,680,000 | $ 140,000.00 |
| **Gross Revenues** |  | **$ 140,000.00** |
| *Gross Revenues Per Week* |  | *$ 32,307.69* |
| Adjustment: Less Sales Tax/VAT inc. in sales |  |  |
| **Net Revenues** |  | **$ 140,000.00** |
| *Net Revenues Per Week* |  | *$ 32,307.69* |
| **COST OF GOODS SOLD** |  |  |
| Average Cost of Goods Sold | $ 184,800 | $ 15,400.00 |
| **Total CGS** | - | $ 15,400.00 |
| **Gross Profit** | - | **$ 124,600.00** |
| *Gross Profit Per Week* |  | *$ 28,753.85* |
| *Gross Profit Margin* |  | 89% |
| **SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)** |  |  |
| **Variable Expenses** |  |  |
| Salaries-Staff | $ 253,920 | $ 21,160.00 |
| Advertising | $ 6,216 | $ 518.00 |
| Royalty Fees Exp | $ 134,400 | $ 11,200.00 |
| Bank Charges | $ 13,187 | $ 1,098.92 |
| Other Supplies | $ 156,000 | $ 13,000.00 |
| Taxes-Payroll | $ 90,999 | $ 7,583.25 |
|  |  | $ - |
| **Fixed Expenses** |  | $ - |
| Dues and Subscriptions | $ 15,278 | $ 1,273.17 |
| Insurance-Business | $ 23,352 | $ 1,946.00 |
| Outside Services-Professional | $ 149,258 | $ 12,438.17 |
| Rent-Store | $ 156,000 | $ 13,000.00 |
| Storage | $ 1,307 | $ 108.92 |
| Telephone | $ 14,669 | $ 1,222.42 |
| Travel | $ 15,719 | $ 1,309.92 |
| Utilities | $ 10,266 | $ 855.50 |
|  |  | $ - |
| **Miscellaneous Expenses** |  | $ - |
| Other Expenses (Medical) | $ 11,350   - | $ 945.83 |
| **Total SG&A Expenses** | **$ 1,051,921   -** | **$ 87,660.08** |
| *Weekly Overhead* |  | *$ 20,229.25* |
| **EBITDA** | **-** | **$ 36,939.92** |
| *EBITDA per week* |  | *$ 8,524.60* |
| Annual Cumulative Net Before Dep, Int & Tax | - | $ 36,939.92 |
| Plus: |  |  |
|   Cash Invested (net of commissions) |  |  |
|   *Cumulative Investments* |  |  |
|   Loans Received/Assumed | - |  |
|   Sale of capital assets |  |  |
| **OPERATING CASH BEFORE INT & TAXES** | **-** | **$ 36,939.92** |
| **ANNUAL CUMULATIVE CASH FLOW** | **-** | **$ 36,939.92** |
| Less |  |  |
|   Distributions |  |  |
|   Acquisition of capital assets |  |  |
|   Interest | $ 96,000 | $ 8,000.00 |
|   Principal Repayment on Loans | - | $ - |
|   *Outstanding Loans* | - | *$ -* |

24 Month Cash Flow Pro Forma

| | | | |
|---|---|---|---|
| **CHANGE IN OPERATING CASH BEFORE TAXES** | - | $ | 28,939.92 |
| **ENDING CASH BALANCE** | - | $ | 28,939.92 |

24 Month Cash Flow Pro Forma

Gross Sales

**Gross Revenues**
*Gross Revenues Per Week*

Adjustment:  Less Sales Tax/VAT inc. in sales
**Net Revenues**
*Net Revenues Per Week*

**COST OF GOODS SOLD**
Average Cost of Goods Sold

**Total CGS**

**Gross Profit**
*Gross Profit Per Week*
*Gross Profit Margin*

**SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)**

**Variable Expenses**
Salaries-Staff
Advertising
Royalty Fees Exp
Bank Charges
Other Supplies
Taxes-Payroll

**Fixed Expenses**
Dues and Subscriptions
Insurance-Business
Outside Services-Professional
Rent-Store
Storage
Telephone
Travel
Utilities

**Miscellaneous Expenses**
Other Expenses (Medical)

**Total SG&A Expenses**
*Weekly Overhead*

**EBITDA**
*EBITDA per week*
Annual Cumulative Net Before Dep, Int & Tax

Plus:
  Cash Invested (net of commissions)
  *Cumulative Investments*
  Loans Received/Assumed
  Sale of capital assets
**OPERATING CASH BEFORE INT & TAXES**
**ANNUAL CUMULATIVE CASH FLOW**

Less
  Distributions
  Acquisition of capital assets
  Interest
  Principal Repayment on Loans
  *Outstanding Loans*

24 Month Cash Flow Pro Forma

**CHANGE IN OPERATING CASH BEFORE TAXES**
**ENDING CASH BALANCE**

24 Month Cash Flow Pro Forma

Gross Sales

**Gross Revenues**
*Gross Revenues Per Week*

Adjustment:  Less Sales Tax/VAT inc. in sales
**Net Revenues**
*Net Revenues Per Week*

**COST OF GOODS SOLD**
Average Cost of Goods Sold

**Total CGS**

**Gross Profit**
*Gross Profit Per Week*
*Gross Profit Margin*

**SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)**

**Variable Expenses**
Salaries-Staff
Advertising
Royalty Fees Exp
Bank Charges
Other Supplies
Taxes-Payroll

**Fixed Expenses**
Dues and Subscriptions
Insurance-Business
Outside Services-Professional
Rent-Store
Storage
Telephone
Travel
Utilities

**Miscellaneous Expenses**
Other Expenses (Medical)

**Total SG&A Expenses**
*Weekly Overhead*

**EBITDA**
*EBITDA per week*
Annual Cumulative Net Before Dep, Int & Tax

Plus:
  Cash Invested (net of commissions)
  *Cumulative Investments*
  Loans Received/Assumed
  Sale of capital assets
**OPERATING CASH BEFORE INT & TAXES**
**ANNUAL CUMULATIVE CASH FLOW**

Less
  Distributions
  Acquisition of capital assets
  Interest
  Principal Repayment on Loans
  *Outstanding Loans*

24 Month Cash Flow Pro Forma

**CHANGE IN OPERATING CASH BEFORE TAXES**
**ENDING CASH BALANCE**