24 Month Cash Flow Pro Forma

|  | Annualized based on $140k/month | | week 1 | week 2 | week 3 |
|---|---:|---|---:|---:|---:|
| Gross Sales | $ 1,680,000 | | $ 32,307.69 | $ 32,307.69 | $ 32,307.69 |
| **Gross Revenues** | | | $ 32,307.69 | $ 32,307.69 | $ 32,307.69 |
| Adjustment: Less Sales Tax/VAT inc. in sales | | | | | |
| **Net Revenues** | | | $ 32,307.69 | $ 32,307.69 | $ 32,307.69 |
| **COST OF GOODS SOLD** | | | | | |
| Average Cost of Goods Sold | $ 184,800 | 11% | $ 3,850.00 | $ 3,850.00 | $ 3,850.00 |
| **Total CGS** | - | | $ 3,850.00 | $ 3,850.00 | $ 3,850.00 |
| **Gross Profit** | - | | $ 28,457.69 | $ 28,457.69 | $ 28,457.69 |
| *Gross Profit Margin* | | | 88% | 88% | 88% |
| **SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)** | | | | | |
| **Variable Expenses** | | | | | |
| Salaries-Staff | $ 253,920 | | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 |
| Advertising | $ 6,216 | | $ 129.50 | $ 129.50 | $ 129.50 |
| Royalty Fees Exp | $ 134,400 | 8% | $ 2,584.62 | $ 2,584.62 | $ 2,584.62 |
| Bank Charges | $ 13,187 | | $ 274.73 | $ 274.73 | $ 274.73 |
| Other Supplies | $ 156,000 | | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 |
| Taxes-Payroll | $ 90,999 | | $ 1,895.81 | $ 1,895.81 | $ 1,895.81 |
| | | | $ - | $ - | $ - |
| **Fixed Expenses** | | | $ - | $ - | $ - |
| Dues and Subscriptions | $ 15,278 | | $ 318.29 | $ 318.29 | $ 318.29 |
| Insurance-Business | $ 23,352 | | $ 486.50 | $ 486.50 | $ 486.50 |
| Outside Services-Professional | $ 149,258 | | $ 3,109.54 | $ 3,109.54 | $ 3,109.54 |
| Rent-Store | $ 156,000 | | $ 3,250.00 | $ 3,250.00 | $ 3,250.00 |

## 24 Month Cash Flow Pro Forma

|  | Annualized based on $140k/month | | week 1 | week 2 | week 3 |
|---|---:|---|---:|---:|---:|
| Storage | $ 1,307 | | $ 27.23 | $ 27.23 | $ 27.23 |
| Telephone | $ 14,669 | | $ 305.60 | $ 305.60 | $ 305.60 |
| Travel | $ 15,719 | | $ 327.48 | $ 327.48 | $ 327.48 |
| Utilities | $ 10,266 | | $ 213.88 | $ 213.88 | $ 213.88 |
|  | | | $ - | $ - | $ - |
| **Miscellaneous Expenses** | | | $ - | $ - | $ - |
| Other Expenses (Medical) | $ 11,350 | - | $ 236.46 | $ 236.46 | $ 236.46 |
|  | | | | | |
| Total SG&A Expenses $ 1,051,921 | | - | $ 21,699.64 | $ 21,699.64 | $ 21,699.64 |
| *Weekly Overhead* | | | $ 5,007.61 | $ 5,007.61 | $ 5,007.61 |
|  | | | | | |
| **EBITDA** | | - | **$ 6,758.06** | **$ 6,758.06** | **$ 6,758.06** |
| *EBITDA per week* | | | $ 1,559.55 | $ 1,559.55 | $ 1,559.55 |
| Annual Cumulative Net Before Dep, Int & Tax | | - | $ 6,758.06 | $ 13,516.11 | $ 20,274.17 |
|  | | | | | |
| Plus: | | | | | |
|   Cash Invested (net of commissions) | | | | | |
|   *Cumulative Investments* | | - | | $ - | $ - |
|   Loans Received/Assumed | | - | | | |
|   Sale of capital assets | | | | | |
| **OPERATING CASH BEFORE INT & TAXES** | | - | $ 6,758.06 | $ 6,758.06 | $ 6,758.06 |
| **ANNUAL CUMULATIVE CASH FLOW** | | - | $ 6,758.06 | $ 13,516.11 | $ 20,274.17 |
|  | | | | | |
| Less | | | | | |
|   Distributions | | | | | |
|   Acquisition of capital assets | | | | | |
|   Interest | $ 96,000 | | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
|   Principal Repayment on Loans | | - | $ - | $ - | $ - |
|   *Outstanding Loans* | | - | $ - | $ - | $ - |
| **CHANGE IN OPERATING CASH BEFORE TAXES** | | - | $ 4,758.06 | $ 4,758.06 | $ 4,758.06 |
| **ENDING CASH BALANCE** | | - | **$ 4,758.06** | **$ 9,516.11** | **$ 14,274.17** |

24 Month Cash Flow Pro Forma

|  | week 4 |
|---|---|
| Gross Sales | $ 32,307.69 |
| **Gross Revenues** | **$ 32,307.69** |
| Adjustment: Less Sales Tax/VAT inc. in sales |  |
| **Net Revenues** | **$ 32,307.69** |

**COST OF GOODS SOLD**

| Average Cost of Goods Sold | $ 3,850.00 |
|---|---|
| Total CGS | $ 3,850.00 |
| **Gross Profit** | **$ 28,457.69** |
| *Gross Profit Margin* | *88%* |

**SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)**

**Variable Expenses**

| Salaries-Staff | $ 5,290.00 |
|---|---|
| Advertising | $ 129.50 |
| Royalty Fees Exp | $ 2,584.62 |
| Bank Charges | $ 274.73 |
| Other Supplies | $ 3,250.00 |
| Taxes-Payroll | $ 1,895.81 |
|  | $ - |

**Fixed Expenses**

|  | $ - |
|---|---|
| Dues and Subscriptions | $ 318.29 |
| Insurance-Business | $ 486.50 |
| Outside Services-Professional | $ 3,109.54 |
| Rent-Store | $ 3,250.00 |

24 Month Cash Flow Pro Forma

|  | week 4 |
|---|---:|
| Storage | $ 27.23 |
| Telephone | $ 305.60 |
| Travel | $ 327.48 |
| Utilities | $ 213.88 |
|  | $ - |
| **Miscellaneous Expenses** | $ - |
| Other Expenses (Medical) | $ 236.46 |
|  |  |
| **Total SG&A Expenses** | $ 21,699.64 |
| *Weekly Overhead* | $ 5,007.61 |
|  |  |
| **EBITDA** | **$ 6,758.06** |
| *EBITDA per week* | $ 1,559.55 |
| Annual Cumulative Net Before Dep, Int & Tax | $ 27,032.22 |
|  |  |
| Plus: |  |
| Cash Invested (net of commissions) |  |
| *Cumulative Investments* | $ - |
| Loans Received/Assumed |  |
| Sale of capital assets |  |
| **OPERATING CASH BEFORE INT & TAXES** | **$ 6,758.06** |
| **ANNUAL CUMULATIVE CASH FLOW** | **$ 27,032.22** |
|  |  |
| Less |  |
| Distributions |  |
| Acquisition of capital assets |  |
| Interest | $ 2,000.00 |
| Principal Repayment on Loans | $ - |
| *Outstanding Loans* | $ - |
| **CHANGE IN OPERATING CASH BEFORE TAXES** | **$ 4,758.06** |
| **ENDING CASH BALANCE** | **$ 19,032.22** |

24 Month Cash Flow Pro Forma

Gross Sales

**Gross Revenues**

Adjustment: Less Sales Tax/VAT inc. in sales

**Net Revenues**

**COST OF GOODS SOLD**
Average Cost of Goods Sold

**Total CGS**

**Gross Profit**

*Gross Profit Margin*

**SELLING, GENERAL & ADMINISTRATIVE EXPENSES (not including Amort. & Dep.)**

**Variable Expenses**
Salaries-Staff
Advertising
Royalty Fees Exp
Bank Charges
Other Supplies
Taxes-Payroll

**Fixed Expenses**
Dues and Subscriptions
Insurance-Business
Outside Services-Professional
Rent-Store

24 Month Cash Flow Pro Forma

_____

Storage
Telephone
Travel
Utilities

**Miscellaneous Expenses**

Other Expenses (Medical)

**Total SG&A Expenses**

*Weekly Overhead*

**EBITDA**

*EBITDA per week*
Annual Cumulative Net Before Dep, Int & Tax

Plus:
  Cash Invested (net of commissions)
 *Cumulative Investments*
  Loans Received/Assumed
  Sale of capital assets
**OPERATING CASH BEFORE INT & TAXES**
**ANNUAL CUMULATIVE CASH FLOW**

Less
  Distributions
  Acquisition of capital assets
  Interest
  Principal Repayment on Loans
  *Outstanding Loans*
**CHANGE IN OPERATING CASH BEFORE TAXES**
**ENDING CASH BALANCE**

24 Month Cash Flow Pro Forma

Gross Sales

**Gross Revenues**

Adjustment: Less Sales Tax/VAT inc. in sales

**Net Revenues**

**COST OF GOODS SOLD**
Average Cost of Goods Sold

**Total CGS**

**Gross Profit**

*Gross Profit Margin*

**SELLING, GENERAL & ADMINISTRATIVE
EXPENSES (not including Amort. & Dep.)**

**Variable Expenses**
Salaries-Staff
Advertising
Royalty Fees Exp
Bank Charges
Other Supplies
Taxes-Payroll

**Fixed Expenses**
Dues and Subscriptions
Insurance-Business
Outside Services-Professional
Rent-Store

24 Month Cash Flow Pro Forma

Storage
Telephone
Travel
Utilities

**Miscellaneous Expenses**

Other Expenses (Medical)

**Total SG&A Expenses**

*Weekly Overhead*

**EBITDA**

*EBITDA per week*
Annual Cumulative Net Before Dep, Int & Tax

Plus:
　Cash Invested (net of commissions)
　*Cumulative Investments*
　Loans Received/Assumed
　Sale of capital assets
**OPERATING CASH BEFORE INT & TAXES**
**ANNUAL CUMULATIVE CASH FLOW**

Less
　Distributions
　Acquisition of capital assets
　Interest
　Principal Repayment on Loans
　*Outstanding Loans*
**CHANGE IN OPERATING CASH BEFORE TAXES**
**ENDING CASH BALANCE**