# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | May 3, 2024 |
| **Bankruptcy Case** | No. 24 B 3859 | **Adversary** | |

**Brief Statement of Motion**: The Neely Group, Inc.

Order granting application to set hearing on emergency motion

**Names and Addresses of moving counsel**:

**Representing**:

# ORDER

The application of The UPS Store Inc. to set hearing on emergency motion for relief from the automatic stay is granted. The motion must be noticed for presentment at 10:30 a.m. on May 7, 2024, and must be served by email and by fax no later than 3 p.m. today. The UPS Store must take care to use the current notice of motion form (Local Form G-3) on the court's web site. The notice of motion must show the undersigned's Tuesday Zoom meeting ID and passcode (Meeting ID: 161 319 7225, Passcode 584922) ordinarily used for chapter 13 cases.

*/s/ A. Benjamin Goldgar*