UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   Case Number: 24-03859
)
)
)   Chapter: 11
The Neely Group, Inc.,   )
)   Honorable A. Benjamin Goldgar
)
Debtor(s)   )

## AGREED ORDER GRANTING MOTION TO COMPEL
## DEBTOR TO PAY POSTPETITION RENT

THIS MATTER coming to be heard on the motion of Concord & Milwaukee Owner LLC and California & Armitage Main Owner LLC (collectively, the "Landlords") to compel the debtor to pay its unpaid post-petition obligations due as of May 1, 2024 and thereafter (the May Rent" or "Rent"), under the two unexpired leases attached as Exhibits A and B to the Motion (the "Leases"), for the Debtor's locations at 1658 N. Milwaukee and 2020 N. California, Chicago, Illinois, due notice having been given, the court being fully advised, and the debtor and Landlords being in agreement, IT IS HEREBY ORDERED:

1. The motion is granted. Morrell Neely, debtor's principal and the guarantor of the Leases, pro se and not through counsel for the Debtor, must pay the Rent for May, 2024, in the requested amount of $13,096.74, no later than May 21, 2024 at 4:00 p.m. CST at an address or by wire transfer in acccordance with instructions from the Landlords, the payment to be made from his own personal funds and not funds that are the property of the debtor's bankruptcy estate.

2. Mr. Neely's right to reimbursement of the rent he pays is subordinate to the Landlords' right to be paid their rent under the Leases.

Enter:

United States Bankruptcy Judge

Dated: May 21, 2024

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Nicholas E. Ballen (ARDC #6320258)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201