UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-03859 |
| The Neely Group, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | 1 |
| Debtor(s) | ) | |

**ORDER GRANTING IN PART AND CONTINUING IN PART OLD NATIONAL BANK'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY TO SET OFF ACCOUNTS, OR IN
THE ALTERNATIVE, TO DISMISS OR CONVERT CASE**

This case coming before the court on the motion of Old National Bank's Motion for Relief from the Automatic Stay to Set Off Accounts, or in the alternative, to Dismiss or Convert Case, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted in part and continued in part.

2. As to the request for stay relief, the motion is granted. The stay is lifted to allow Old National Bank to set off all amounts contained in Debtor's DIP Accounts (Account Number xx2491 and Account Number xx2480) ("DIP Accounts") currently held at Old National Bank.

3. The debtor must deposit all cash it is currently holding into its DIP Accounts.

4. Old National Bank may place a "Stop Payment" hold on the s DIP Accounts to stop payment on any pending or future transactions.

5. Rule 4001(a)(3) does not apply to this order.

6. The balance of Old National Bank's motion is continued to June 10, 2024, at 10:00 a.m. for a status hearing.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 03, 2024

**Prepared by:**

Adam B. Rome (ARDC No. 6278341)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph St., Ste. 2300
Chicago, Illinois 60606
(312) 428-2750
arome@grglegal.com