# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-03859 |
| The Neely Group, Inc., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS

This case coming on to be heard on the debtor's motion to extend exclusive periods, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The periods during which the debtor has the exclusive right to file a plan and disclosure statement and solicit acceptances are extended to October 14, 2024.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: July 15, 2024

**Prepared by:**

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.802.0003
ARDC #1958844
kmorgan@morganandbleylimited.com