UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-03859 |
| The Neely Group, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION OF OLD NATIONAL BANK TO DISMISS CASE**

This matter coming to be heard on Old National Bank's motion for relief from the stay or alternatively to convert or dismiss the case, due notice having been given, the court being fully advised, the debtor having consented on the record to dismissal, and no party in interest having objected, IT IS HEREBY ORDERED:

The motion is granted. The case is dismissed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: July 22, 2024